UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, a New York Nonprofit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA, a Minnesota Corporation,<br><br>Defendant. | Case No. 0:23-cv-02615-JWB-DLM<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the settlement reached between the parties, Plaintiff NATIONAL RIFLE ASSOCIATION OF AMERICA, and Defendant, ALLIANZ LIFE INSURANCE COMPANY OF NORTH AMERICA, hereby stipulate and agree that the above action is hereby dismissed in its entirety with prejudice and without costs, disbursements, or attorneys' fees to any party.

STIPULATED TO:

Dated: August 12, 2024                    **MONROE MOXNESS BERG PA**

*/s/ Ansis V. Viksnns*
Ansis V. Viksnins (#196277)
Mary Cate S. Cicero (#396423)
7760 France Avenue South, Suite 700
Minneapolis, MN 55435
Phone: (952) 885-5999 | Facsimile: (952) 885-5969
Email: aviknins@mmblawfirm.com
Email: mcicero@mmblawfirm.com

**RYAN, SWANSON & CLEVELAND PLLC**
Bryan C. Graff, WSBA #38553
  (Admitted *Pro Hac Vice*)
Kristin Nealey Meier, WSBA #33562
  (Admitted *Pro Hac Vice*)
401 Union Street, Suite 1500
Seattle, Washington 98101-26684
Phone: 206-464-4224
Email: graff@ryanlaw.com
Email: kmeier@ryanlaw.com

*Attorneys for Plaintiff National Rifle Association of America*

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Larry E. LaTarte*
Larry E. LaTarte (#0397782)
Andrew M. Taylor (#0504170)
2200 Wells Fargo Center
90 South 7th Street
Minneapolis, Minnesota 55402
Telephone: (612) 766-7000 |Fax: (612) 766-1600
larry.latarte@faegredrinker.com
andrew.taylor@faegredrinker.com

*Attorneys for Defendant Allianz Life Insurance Company of North America*