## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| National Rifle Association of America,<br><br>Plaintiff,<br><br>v.<br><br>Allianz Life Insurance Company of North America,<br><br>Respondent. | Civ. No. 23-2615 (JWB/DLM)<br><br><br>**ORDER FOR DISMISSAL** |

The plaintiff and Allianz Life Insurance Company of North America have filed a Stipulation of Dismissal (Doc. No. 32). Based on that Stipulation, Allianz Life Insurance Company of North America is **DISMISSED WITH PREJUDICE** and judgment will be entered. Each party to bear their own costs, disbursements, and attorneys' fees.

**LET JUDGEMENT BE ENTERD ACCORDINGLY.**


Dated: August 12, 2024                    *s/ Jerry W. Blackwell*
                                          JERRY W. BLACKWELL
                                          United States District Court Judge